October 27, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

BENNETT BRYANT, AKA BENNETT BERNARD BRYANT, ET AL,
Appellants

NO. 14-15-01085-CV                    V.

HARRIS COUNTY, ET AL, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 19, 2015 . Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Bennett Bryant, AKA Bennett Bernard Bryant, Et Al.

We further order this decision certified below for observance.